UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Seungjin Kim, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case: 1:16-cv-00095 ) Assigned To : Unassigned ) Assign. Date : 1/19/2016 |
| Supreme Court of the United States, | ) Description: Pro Se Gen. Civil  (F Deck) ) |
| Defendant. | ) ) |

## MEMORANDUM OPINION

As a self-styled "'victim of special crime,' plaintiff seeks an order that [the Supreme Court of the United States] not reject" his petition for a writ of certiorari. Compl. at 4 (page number designated by the Court). The Clerk of the Supreme Court is the designated recipient of all documents submitted to the Supreme Court, and he is authorized to reject any filing that does not comply with the applicable rules. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992).

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 1/14/2016

United States District Judge